■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL FOX, Appellant. [29 NYS3d 812]—Appeals by the defendant from two judgments of the County Court, Nassau County (Gulotta, Jr., J.), both rendered April 24, 2012, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the seventh degree under Superior Court information No. 770/09 (Massell, J., at plea), and robbery in the third degree (three counts) under indictment No. 1963/10 (Gulotta, Jr., J., at plea), upon his pleas of guilty, and imposing sentences.

Ordered that the judgment rendered April 24, 2012, under Superior Court information No. 770/09 is reversed, on the law, the plea is vacated, and the matter is remitted to the County Court, Nassau County, for further proceedings in accordance herewith; and it is further,

Ordered that the judgment rendered April 24, 2012, under indictment No. 1963/10 is affirmed.

As the People correctly concede, the County Court's failure to advise the defendant at the time of his plea that his sentence for criminal sale of a controlled substance in the third degree

would include a period of postrelease supervision prevented his plea from being knowing, voluntary, and intelligent (*see People v Catu*, 4 NY3d 242, 245 [2005]; *see also People v Cornell*, 16 NY3d 801, 802 [2011]; *People v Hill*, 9 NY3d 189, 191 [2007]). Accordingly, the judgment rendered under Superior Court information No. 770/09 must be reversed, the plea vacated, and the matter remitted to the County Court, Nassau County, for further proceedings (*see People v Murrell*, 135 AD3d 882 [2016]; *People v Wolfolk*, 134 AD3d 1059 [2015]; *People v Fuertes*, 105 AD3d 974 [2013]; *People v Wilcox*, 70 AD3d 1059 [2010]).

The defendant's remaining contentions regarding the robbery convictions under indictment No. 1963/10 are without merit, and those regarding the controlled substance convictions under Superior Court information No. 770/09 need not be reached in light of our determination. Leventhal, J.P., Hall, Hinds-Radix and LaSalle, JJ., concur.